**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Johnnie Smith, Jr., Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2009-133326

---

ON WRIT OF CERTIORARI

---

Appeal From York County
John C. Hayes, III, Circuit Court Judge

---

Memorandum Opinion No. 2012-MO-024
Submitted May 2, 2012 – Filed June 27, 2012

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Wanda H. Carter, of Columbia, for Petitioner Johnnie Smith, Jr.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Ashley Anne McMahan, all of Columbia, for Respondent State of South Carolina.

---

**PER CURIAM:**  We granted certiorari to review the circuit court's denial of Johnnie Smith's application for post-conviction relief.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**